**Ora Mae AVERY, Respondent,**

v.

**BI–STATE DEVELOPMENT AGENCY, Appellant.**

No. 47574.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 9, 1984.

C. William Portell, Jr., St. Louis, for appellant.

Joseph A. Fenlon, Clayton, pro se and for respondent Susan M. Fenlon.

James E. Terry, St. Louis, for appellant.

Raymond Howard, Jr., St. Louis, for respondent.

REINHARD, Judge.

Defendant appeals after the trial court denied its motion for leave to file an application for a trial *de novo.* We affirm.

This case was tried before an associate circuit judge on April 18, 1983. That same day, the judge entered judgment in favor

of plaintiff in the amount of $2,000.00. No notification of the judgment was made to the parties. On June 8, 1983, defendant filed a motion for leave to file application for trial *de novo*. This motion was denied on the basis of *State ex rel. Weisman v. Edwards*, 645 S.W.2d 732 (Mo.App.1983).

The trial court ruled properly. Under § 512.190, RSMo.1978, a party has 10 days from the rendition of judgment by an associate circuit judge to file an application for a trial *de novo*. The ten day period is absolute. Defendant did not file his application for trial *de novo* within 10 days of the judgment and therefore did not perfect his appeal. *State ex rel. Weisman v. Edwards*, 645 S.W.2d at 733.

Affirmed.

KAROHL, P.J., and CRANDALL, J., concur.